This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**MICHAEL C. LUCERO,**

Petitioner-Appellant,

v.                                                                    **NO. 32,529**

**APRIL D. THOMPSON,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Gerard J. Lavelle, District Judge**

Lastrapes, Spangler & Pacheco
Phillip E. Marbury
Rio Rancho, NM

for Appellant

Kelley Family Law, P.C.
Patrick T. Kelley
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**VANZI, Judge.**

Petitioner appeals from a district court order permitting Respondent to relocate the children and modifying custody accordingly. We issued an amended calendar notice proposing to affirm. Petitioner has not filed a memorandum in opposition, and the time for doing so has expired. *See* Rule 12-210(D)(3) NMRA. Accordingly, we affirm the district court order. *See Frick v. Veazey*, 116 N.M. 246, 247, 861 P.2d 287, 288 (Ct. App. 1993) ("Failure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice."). Respondent's motion to expedite mandate is hereby **GRANTED**.

**IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Judge**

**WE CONCUR:**


_____
**RODERICK T. KENNEDY, Chief Judge**


_____
**MICHAEL D. BUSTAMANTE, Judge**